AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

U.S. MARSHAL
BALTIMORE, MD
2015 NOV -2 PM 3:25

FILED ___ ENTERED
___ LODGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

MAY 14 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America
v.

Tarik Revel
*Defendant*

)
)
) Case No. PWG 15-cr-0514
)
)
)

2015 OCT 29 PM 6:25
U.S. MARSHALS
GREENBELT, MD.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*        Tarik Revel

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

*Alleged Violation of Terms of Supervised Release*

Date:    October 29, 2015

*By: Deputy Clerk*

Address: 6500 Cherrywood Lane
Greenbelt, Md. 20770

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 11/02/2015, and the person was arrested on *(date)* 07/01/2016
at *(city and state)*

Date: 05/10/2021

SIGNING *Arresting officer's signature*

DUSM JUSTIN SIELKEN
*Printed name and title*