**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Phone: 301-344-0600
Fax:    301-344-0019

JAMES WYDA                                                                           JULIE L.B. STELZIG
FEDERAL PUBLIC DEFENDER                                         ASSISTANT FEDERAL PUBLIC DEFENDER

October 1, 2021

The Honorable Paul W. Grimm
 United States District Court
   for the District of
 Maryland United States
 Courthouse 6500
 Cherrywood Lane
 Greenbelt, MD 20770

      Re:   *United States v. Tarik Lateef Revel*
            Criminal Case No. PWG-15-0514
            Status report

Dear Judge Grimm:

Mr. Revel, through undersigned counsel, hereby submits the following status report.

Mr. Revel is currently facing eight alleged violations of his supervised release conditions, the most serious of which is based on criminal charges pending in the Prince George's County Circuit Court. ECF Nos. 36, 47.

When Mr. Revel had his initial appearance on the amended petition on February 4, 2019, it was determined that it would be preferable to allow Mr. Revel's underlying charges to be resolved before addressing the alleged violations of supervised release, in part to avoid any Fifth Amendment consequences of proceeding otherwise. Mr. Revel was returned to the custody of Prince George's County. Unfortunately, due to various continuances, mostly caused by the pandemic, the criminal matters underlying some

1

of the supervised release violations remain pending as of this submission. Trial is currently scheduled to begin on December 13, 2021. Mr. Revel therefore respectfully proposes that the parties file another status report no later than December 20, 2021. If the underlying charges resolve sooner than that date, the Court will be promptly notified.

Undersigned counsel has consulted with counsel for the government, Assistant United States Attorney Elizabeth Wright and United States Probation Officer Sharnell Howell, who have both advised they are not opposed to this proposal.

Respectfully Submitted

/s/

Julie L.B. Stelzig, 27746
Assistant Federal Public Defender
Counsel for Tarik Lateef Revel

cc:   Elizabeth G. Wright, Assistant United States Attorney
      Sharnell M. Howell, United States Probation Officer