# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Phone: 301-344-0600
Fax:    301-344-0019

**JAMES WYDA**
FEDERAL PUBLIC DEFENDER

**JULIE L.B. STELZIG**
ASSISTANT FEDERAL PUBLIC DEFENDER

December 20, 2021

The Honorable Paul W. Grimm
United States District Court
  for the District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    *United States v. Tarik Lateef Revel*
                <u>Criminal Case No. PWG-15-0514</u>
                Status report

Dear Judge Grimm:

      Mr. Revel, through undersigned counsel, hereby submits the following status report. Mr. Revel is currently facing eight alleged violations of his supervised release conditions, the most serious of which is based on criminal charges pending in the Prince George's County Circuit Court. ECF Nos. 36, 47.

      When Mr. Revel had his initial appearance on the amended petition on February 4, 2019, it was determined that it would be preferable to allow Mr. Revel's underlying charges to be resolved before addressing the alleged violations of supervised release, and the parties proposed submitting a further status report to the Court after the conclusion of Mr. Revel's criminal proceedings in Prince George's County Circuit Court.

      On December 10, 2021, Mr. Revel entered an Alford plea to a single misdemeanor count of conspiracy to commit robbery with a deadly weapon, and he was sentenced to 10 years, suspend all but two years, 11 months, and 10 days (time served), followed by three years unsupervised probation. Mr. Revel was released from custody on that same date, and has resumed his federal

1

supervised release.

The parties now request that the Court set in a hearing, after January 18, 2022, for Mr. Revel on the alleged violations of supervised release.

Undersigned counsel has consulted with counsel for the government, Assistant United States Attorney Elizabeth Wright, who has advised she agrees with this proposal. Undersigned counsel was not able to make contact with United States Probation Officer Sharnell Howell before filing this report.

                                  Respectfully Submitted

                                  /s/

                                  Julie L.B. Stelzig, 27746
                                  Assistant Federal Public Defender
                                  Counsel for Tarik Lateef Revel

cc:    Elizabeth G. Wright, Assistant United States Attorney
        Sharnell M. Howell, United States Probation Officer